UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JONES,<br>Plaintiff,<br>v.<br>CITIZENS BANK, N.A., et al.,<br>Defendants. | Case No. 1:26-cv-04265-JLT-FJS<br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br>(ECF No. 4) |

On July 29, 2026, Defendants Citizens Bank, N.A., and Citizens Pay ("Defendants") moved ex parte to extend their time to respond to the initial complaint by twenty-eight (28) days. (ECF No. 4.) The court notes that Plaintiff Steven Jones ("Plaintiff") is proceeding pro se, that Defendants attempted to contact Plaintiff within sufficient time to discuss a routine stipulation for extension of time, and Plaintiff has not responded to these communications. Accordingly, the court having considered Defendants' application, and finding good cause, hereby GRANTS the application (ECF No. 4) and ORDERS as follows:

1. Defendants' deadline to file and serve any responsive pleading to Plaintiff's complaint is extended through and including August 27, 2026.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE