UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JONES,<br>Plaintiffs,<br>v.<br>CITIZENS BANK, N.A. et. al.,<br>Defendants. | Case No. 1:26-cv-04265-JLT-FJS<br><br>ORDER GRANTING MATTHEW M. PETERSEN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

Before the court is the application of Matthew M. Petersen, attorney for Defendant Citizens Bank, N.A., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 11, 2026**

UNITED STATES MAGISTRATE JUDGE